UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COPPER LESCO,

          Plaintiff,

v.

SCHERWIN & ASSOCIATES, LLC, et al.,

          Defendants.
_____/

Case No. 1:23-cv-1094

HON. PAUL L. MALONEY

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Copper Lesco, and Defendants Scherwin & Associates, LLC, Serena Danielle Lopez, Sherman Channing Humphrey III, The MB Group LLC, William Jason Buffington, Matthew Anthony Olguin, ORFI Financial, LLC, McKarous Group LLC, Donshay J. Carolina, COB Financial LLC, JGS Financial LLC and Jolee Buffy Bentley, being all of the parties who have appeared in this action, hereby stipulate to the immediate dismissal of this action, with prejudice as to all parties, and without costs or attorney's fees to any party.

Dated: November 24, 2023

*/s/ Phillip C. Rogers*
Phillip C. Rogers (P34356)
Attorney for Plaintiff
2851 Charlevoix Dr. SE, Ste. 205
Grand Rapids, MI 49546
(616) 776-1176
consumerlawyer@aol.com

1

Dated: November 24, 2023

/s/ *Theodore W. Seitz (w/permission)*
Theodore W. Seitz (P60320)
Dykema Gossett PLLC
Attorneys for Defendants
201 Townsend St., Ste 900
Lansing, MI 48933
(517) 374-9149
tseitz@dykema.com